UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**MITCHELL LEE**,

    Plaintiff,

v.                                          CASE NO.   3:05-cv-359-J-25TEM

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**, a foreign corporation,

    Defendant.

___

## ORDER

The Plaintiff having failed to file a Case Management Report as required by Local Rule 3.5, and having failed to respond to the Order to Show Cause issued herein on September 30, 2005,[1] it is

**ORDERED** that this action is **DISMISSED** for lack of prosecution.

**DONE AND ORDERED** at Jacksonville, Florida this 3 day of November, 2005.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record

___

[1] The records show that Plaintiff was provided electronic notice of this order via CM/ECF at the following address:  tkann@bellsouth.net, sun00042@yahoo.com.